UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>TRAVIS LEE VAN PELT,<br><br>                    Defendant. | NO. 1:16-cr-2039-SAB<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

Before the Court is Defendant's Motion to Modify Conditions of Release, ECF No. 35, and related Motion to Expedite, ECF No. 36. A hearing was held on November 2, 2016. Defendant was represented by Jeremy B. Sporn. Laurel Jane Holland represented the Government. The Court orally granted the motion. This Order memorializes that ruling.

Special Release Condition No. 20 of Defendant's Conditions of Release provides that "Defendant shall not frequent places primarily used by persons under the age of 18, such as malls, arcades, and theatres." ECF No. 20 at 8. Defendant asks for a modification of this condition to allow such outings at the discretion of the United States Probation Office. The Government objected to Defendant's request. The Court finds good cause to grant Defendant's Motion to Modify Conditions of Release, ECF No. 35, and hereby modifies Special Release Condition No. 20 of Defendant's Conditions of Release, ECF No. 20.

//

//

**ORDER MODIFYING CONDITIONS OF RELEASE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, ECF No. 35, is **GRANTED**.

2. Defendant's Motion to Expedite, ECF No. 36, is **GRANTED**.

3. Special Release Condition No. 20, ECF No. 20 at 8, is **amended** as follows: "Defendant shall not frequent places primarily used by persons under the age of 18, such as malls, arcades, and theatres, **without prior permission from the U.S. Probation Office**."

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 3rd day of November, 2016.



Stanley A. Bastian
United States District Judge

**ORDER MODIFYING CONDITIONS OF RELEASE** ~ 2