UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRAVIS LEE VAN PELT,<br><br>　　　　Defendant. | No. 1:16-CR-2039-SAB-1<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 43** |

On Monday, November 21, 2016, the Defendant appeared with Assistant Federal Defender Jeremy Sporn on Defendant's Motion to Modify Conditions of Release. Assistant United States Attorney Alvin Guzman represented the United States.

**IT IS SO ORDERED**:

1. The Defendant's Motion to Modify Conditions of Release (**ECF No. 43**) is **GRANTED in part.**

2. Defendant's Motion to Expedite Hearing (**ECF No. 44**) is **GRANTED**.

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE- 1

3. Defendant's Condition of Release # 19 is modified to read as follows:

**(19)** Defendant shall not be present with any person under the age of 18 except Defendant may have contact with his son and seventeen year-old brother. Defendant may also have contact with his minor half-siblings, LVP and DVP, so long as Defendant's mother, Defendant's father, or the minors' mother is present.

4. Pretrial Services officer Linda Leavitt shall contact Defendant's father and step mother, Shawn and Larena Van Pelt, to verify that they are aware of Defendant's pending charges.

5. Defense counsel shall deliver copies of this order to Shawn Van Pelt and Larena Van Pelt before Defendant may have contact with his minor half-siblings.

DATED this November 21, 2016.

s/*Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE- 2