# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | VAN PELT, Travis | Docket No. | 1:16-CR-02039-SAB-1 |

**Petition for Action on Conditions of Pretrial Diversion**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Travis Van Pelt, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge Mary K.Dimke in the Court at Yakima, Washington, on the 18th day of May 2016, under the following conditions:

**Condition #22:** The Defendant shall participate in a program of GPS confinement.

**Condition #23:** Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Supervision in the Eastern District of Washington by:

**Violation #1:** Failing to abide by location monitoring requirements on February 9, 2017, by not notifying United States probation prior to arriving home late after approved leave was granted.

REQUESTING NO ACTION BE ORDERED AT THIS TIME

|   |   |   |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on:   February 13, 2017 |
| | by | s/Linda Leavitt |
| | | Linda J. Leavitt |
| | | U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action

[ ]  The Issuance of a Warrant

[ ]  The Issuance of a Summons

[ ]  The incorporation of the violations contained in this
     petition with the other violations pending before the
     Court.

[ ]  Defendant to appear before the Judge assigned to the case.

[ ]  Defendant to appear before the Magistrate Judge.

[ ]  Other

_____
Signature of Judicial Officer

February 13, 2017
_____
Date