# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2017

SEAN F. McAVOY, CLERK

| U.S.A. vs. | VAN PELT, Travis | Docket No. | 1:16-cr-02039-SAB-1 |

**Petition for Action on Conditions of Pretrial Supervision**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Travis Van Pelt, who was placed under Pretrial Supervision by the Honorable U.S. Magistrate Court Judge Mary K. Dimke in the Court at Yakima, Washington, on the 18th day of May 2016, under the following conditions:

**Condition #24:** Defendant may not access any computer, except that Defendant may use a cell phone to communicate telephonically for employment related reasons. But, Defendant may not use the cell phone to text, email, or access the Internet.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of his conditions of Pretrial Supervision in the Eastern District of Washington by:

**Violation #1:** Accessing the Internet and posting multiple times on the social medial website SnapChat on or about June 6, 2017.

REQUESTING A SUMMONS BE ORDERED AT THIS TIME

|  | | I declare under the penalty of perjury that the foregoing is true and correct. |
| --- | --- | --- |
|  | | Executed on: June 12, 2017 |
|  | by | s/Linda Leavitt |
|  | | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dinkle*

Signature of Judicial Officer

6/12/2017

Date